```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
```

**MARTHA JANE RENFROE JONES,**

    **Plaintiff,**

**v.**                                                                      Cv. No.: 14-2900-JTF

**THE VILLAGES OF GERMANTOWN, THE**
**VILLAGES OF GERMANTOWN, INC.,**
**CRSA/LCS DEVELOPMENT, LLC, and**
**CRSA/LCS MANAGEMENT, LLC,**

    **Defendants.**

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered remanding the case to state court.

    **IT IS ORDERED AND ADJUDGED** that this action is remanded in accordance with the Order entered by this Court on December 4, 2014.   (ECF No. 6).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                            THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                    CLERK

December 4, 2014                                s/Cameron M. Watson
DATE                                            (By) LAW CLERK